**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| BYRON BREEZE, JR., | |
| Plaintiff, | |
| v. | |
| DISTRICT DOUGHNUT LLC, d/b/a DISTRICT DOUGHNUT and ANDREA VARANO LLC, | Case No. 1:22-cv-1305-BAH |
| Defendants. | |

<u>**DECLARATION OF HAROLD WILLIAM BLOOM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF HAROLD WILLIAM BLOOM**</u>

I, Harold William Bloom, hereby declare:

1.       My full name is Harold William Bloom III. I am of counsel with the law firm of Maynard Cooper & Gale, P.C., attorneys for Defendant District Doughnut LLC.

2.       My office address is 1901 Sixth Avenue North, Suite 1700, Birmingham, Alabama 35203.  My office telephone number is (205) 254-1000.

3.       I am admitted and am in good standing with the bars of the District of Columbia, the State of Alabama, and the State of New York.

4.       I have never been disciplined by any bar, nor are there any disciplinary proceedings currently pending against me.

5.       In the past two years, I have been admitted *pro hac vice* in one other case in the United States District Court for the District of Columbia: *RICU LLC v. United States Department of Health and Human Services et al.*, Case No. 1:21-cv-00452 (D.D.C.).

6.       I engage in the practice of law from the above-listed address located within the State of Alabama.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this 30th day of June 2022, in Birmingham, Alabama.

Harold William Bloom III