UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------X

BYRON BREEZE, JR.,

        Plaintiff,

        v.

DISTRICT DOUGHNUT LLC,
d/b/a District Doughnut
and ANDREA VARANO L.L.C.,

        Defendants.

---------------------------------------------------------X

CASE NO.: 1:22-cv-01305-BAH

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendants DISTRICT DOUGHNUT LLC d/b/a District Doughnut, and ANDREA VARANO L.L.C. (collectively, "Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
       October 17, 2022

| BASHIAN & PAPANTONIOU, P.C. | MAYNARD COOPER GALE, LLP |
|---|---|
| By: */s/ Erik M. Bashian, Esq.* <br> Erik M. Bashian, Esq. <br> *Attorneys for Plaintiff* <br> 500 Old Country Road, Suite 302 <br> Garden City, NY 11530 <br> Email: eb@bashpaplaw.com <br> (516) 279-1554 | By: */s/ William Bloom, Esq.* <br> William Bloom, Esq. <br> *Attorneys for Defendant District Doughnut LLC d/b/a District Doughnut* <br> 1901 Sixth Ave N, Suite 1700 <br> Birmingham, AL 35203 <br> Email: WBloom@maynardcooper.com <br> (205) 254-1999 |

POLICASTRI LAW FIRM, LLC

By:
<u>*/s/ Jesse D. Stein, Esq.*</u>
Jesse D. Stein, Esq.
*Attorneys for Defendant Andrea Varano L.L.C.*
600 Jefferson Plaza, Suite 308
Rockville, MD 20852
Email:  Jesse@policastrilawfirm.com
(240) 660-2219